UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LEVAR BROWN,<br><br>                Petitioner,<br><br>      v.<br><br>JERRY BROWN, et al.,<br><br>                Respondents. | ) Case No. CV 16-3598 VAP(JC)<br>)<br>) ~~(PROPOSED)~~<br>)<br>) JUDGMENT<br>)<br>)<br>)<br>) |

    Pursuant to this Court's Order Summarily Dismissing Petition for Writ of Habeas Corpus, IT IS ADJUDGED that the Petition for Writ of Habeas Corpus is dismissed.

    IT IS SO ADJUDGED.

DATED: June 7, 2016_____

_____

HONORABLE VIRGINIA A. PHILLIPS
UNITED STATES DISTRICT JUDGE